JAMES WOOD v. RICHARD LUTRELL.

New Trial—Confession of Judgment—Waiver—Neglect to Prepare Defense.
    If the confession of the judgment is not a waiver of any defense, the
    neglect to prepare for trial before judgment will deprive one of any
    pretense to a new trial.

APPEAL FROM CLINTON CIRCUIT COURT.

November 24, 1869.

OPINION OF THE COURT BY JUDGE PETERS:

Taking appellant's own statement of his conduct in reference
to this debt, and it does not appear that he has manifested any
attention to the character of title to the propety he was con-
tracting for, any efforts to inform himself of its condition, or
the right appellee had to sell, or dispose of shares in it. Indeed
it would seem that he was willfully ignorant of all that per-
tained to what he gave his note for, and that the "accident or
chance" that aroused him from his blissful ignorance was not of
his seeking, if not against his will.

Even if the confession of the judgment was not a waiver of any
defense he might otherwise have had, his total neglect to inform
himself and prepare his defense until after judgment, deprives
him of any pretense of a right to set aside the judgment. Where-
for it must be *affirmed*.

*James*, for appellant.

*Bramblette, Winfrey & Winfrey*, for appellee.